IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DR. JESSICA R. BERRY<br>    Plaintiff,<br><br>v.<br><br>F. MIKE MILES, HOUSTON<br>INDEPENDENT SCHOOL DISTRICT,<br>HOUSTON INDEPENDENT SCHOOL<br>DISTRICT BOARD OF MANAGERS,<br>THOMPSON & HORTON LLP, and<br>OTHER UNKNOWN DEFENDANTS<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. _____ |

## **INDEX OF STATE COURT RECORDS**

Below is an index of all documents filed with the Harris County District Clerk in this case:

| Exhibit | Date Filed | Description |
|---|---|---|
| 2 | N/A | Docket Sheet |
| 3 | March 31, 2025 | Notice of Filing |
| 4 | March 31, 2025 | Plaintiff's Original Complaint |
| 5 | April 25, 2025 | Certified Mail Tracking Number 7021 2720 0000 3493 3858 |
| 6 | April 25, 2025 | Certified Mail Tracking Number 7021 2720 0000 3493 3834 |
| 7 | April 25, 2025 | Certified Mail Tracking Number 7021 2720 0000 3493 3827 |
| 8 | April 25, 2025 | Certified Mail Tracking Number 7021 2720 0000 3493 3841 |
| 9 | April 28, 2025 | Certified Mail Receipt (7021 2720 0000 3493 3827) |
| 10 | April 28, 2025 | Certified Mail Receipt (7021 2720 0000 3493 3858) |
| 11 | April 28, 2025 | Certified Mail Receipt (7021 2720 0000 3493 3841) |
| 12 | April 28, 2025 | Certified Mail Receipt (7021 2720 0000 3493 3834) |

**EXHIBIT 1**

| Exhibit | Date Filed | Description |
|---|---|---|
| 13 | May 12, 2025 | Domestic Return Receipt |
| 14 | May 20, 2025 | Notice of Filing of Motion for Summary [Default] Judgment |
| 15 | May 20, 2025 | Plaintiff's Motion for Default Judgment |
| 16 | May 20, 2025 | Certificate of Service |
| 17 | May 20, 2025 | Proposed Order Granting Default Judgment |
| 18 | May 23, 2025 | Thompson & Horton, LLP's Original Answer |
| 19 | May 27, 2025 | F. Mike Miles, Houston Independent School District, and Houston Independent School District's Board of Managers' Original Answer |