# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Dr. Jessica R. Berry, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-25-2405 |
| | § | |
| F. Mike Miles, et al., | § | |
| *Defendants.* | § | |

## ORDER

Pending before the court is Plaintiff's Motion for Initial Conference. ECF No. 21. The motion is **GRANTED IN PART**. Prior to the case being reassigned to Judge Werlein, an initial conference was set for August 28, 2025. The conference will take place on that day by video, but the time will be changed to 11:00 a.m. The parties shall submit their joint discovery/case management plan by August 26, 2025.

Signed at Houston, Texas, on August 18, 2025.

Peter Bray
United States Magistrate Judge